UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAKIARA J. DUDLEY,

        Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

        Defendants.

No. 23-CV-9323 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to the parties' Rule 26(f) report, the Court understands that the parties anticipate the above-captioned case will be ready for trial by December 2025 and will require five days. (See dkt. no. 26.) The parties shall appear for a final pretrial conference on December 1, 2025 at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007. Trial shall commence at 10:00 a.m. on December 8, 2025 in Courtroom 12A.

**SO ORDERED.**

Dated:    April 21, 2025
           New York, New York

                                                  _____
                                                  LORETTA A. PRESKA
                                                  Senior United States District Judge