UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAKIARA J. DUDLEY,

        Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

        Defendants.

No. 23-CV-9323 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    As agreed during the teleconference held yesterday, May 20, 2025, the parties shall participate in a telephone conference on June 30, 2025 at 12:00 p.m. using the dial-in: 855-244-8681, access code 231-900-63202. The parties shall submit a joint letter no later than five business days in advance of the telephone conference advising the Court as to the status of the action and how the parties propose to resolve it, including the status of settlement discussions.

**SO ORDERED.**

Dated:    May 21, 2025
            New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge