```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHAKIARA J. DUDLEY,<br><br>              Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HOUSING AUTHORITY, et al.,<br><br>              Defendants. | No. 23-CV-9323 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for July 15, 2025 is adjourned to July 24, 2025 at 10:00 a.m. Counsel, Plaintiff, and a representative of Defendant with decision-making authority shall appear.

**SO ORDERED.**

Dated:    June 24, 2025
             New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge