UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAKIARA J. DUDLEY,

        Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

        Defendants.

No. 23-CV-9323 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In advance of the settlement conference in the above-captioned case this Thursday, July 24, 2025 at 10:00 a.m., the parties may submit ex-parte pre-settlement conference memoranda via email to PreskaNYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated:    July 21, 2025
             New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge