UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Shakiara J. Dudley, | |
|---|---|
| Plaintiff, | |
| -against- | No. 23-CV-9323 (LAP) |
| New York City Housing Authority, et al., | ORDER |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons stated on the record during the August 5, 2025 settlement conference, the Clerk of the Court shall mark this action settled, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:   September 22, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1